of this arrest and assault, it was properly excluded. It is apparent that the jury's finding in that case may have been upon many grounds other than their failure to find that the accused was intoxicated. We know of no theory upon which the evidence was admissible.

We conclude that the evidence is sufficient to sustain the conviction and find no reversible error.

The judgment is affirmed.

MORRISON, Judge.

The offense is driving while intoxicated; the punishment, a fine of $50.

The record is before us without a statement of facts or bills of exception.

All the proceedings appearing regular and nothing being presented for our review, the judgment of the trial court is affirmed.

## COLBY v. STATE.

No. 26706.

Court of Criminal Appeals of Texas.

Dec. 16, 1953

No attorney on appeal for appellant.

William H. Scott, Dist. Atty., King C. Haynie, Asst. Dist. Atty., Houston, Wesley Dice, State's Atty., of Austin, for the State.